JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE F. PAYNE | Case No. CV 08-3663 DSF (JTLx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| CLARA N. MOORE, et al. | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal, Plaintiff not having shown a basis for subject matter jurisdiction, and the Court having concluded that it lacks subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:     August 21, 2008

_____
DALE S. FISCHER
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28